JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>        Plaintiff,<br><br>    v.<br><br>J. GASTELO et al.,<br><br>        Defendants. | Case No. CV 19-3742-DDP (JPR)<br><br>**J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 2, 2020

DEAN D. PREGERSON
U.S. DISTRICT JUDGE